FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNDANCE SLOPE, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>TROUT-BLUE CHELAN-MAGI, LLC, a Washington limited liability corporation; EDWARD JOHNSON, former chief executive officer of Trout-Blue Chelan-MAGI, Inc. and Trout-Blue Chelan-MAGI, LLC; THOMAS OLIVER, general manager, Trout-Blue Chelan-MAGI, LLC; WASHINGTON ORCHARD MANAGEMENT, LLC, a Delaware limited liability corporation, registered to do business in Washington.<br><br>    Defendants. | No. 2:23-CV-00083-SAB<br><br>**ORDER RE: MOTIONS AND JOHN AND JANE DOES 1-10** |

Before the Court are Defendant Trout-Blue Chelan-MAGI, LLC's Partial Motion to Dismiss, ECF No. 13, Defendants Edward Johnson, Thomas Oliver, and Washington Orchard Management, LLC's' Motion to Dismiss, ECF No. 14, and

**ORDER RE: MOTIONS AND JOHN AND JANE DOES 1-10** # 1

Plaintiff's Motion to Amended Complaint, ECF No. 21. Plaintiffs are represented by Collette C. Leland, Darren M. Digiacinto, Casey R. Simmons, and Carl E. Hueber. Defendants are represented by Nathan T. Alexander and Shawn Larsen-Bright. The motions were heard without oral argument.

The Court finds it efficient to grant Plaintiff's motion to amend their complaint for damages and declaratory judgment and to strike Defendants' motions to dismiss with leave to renew.

Plaintiff has named Jane and John Does 1-10 as Defendants in the above-captioned matter. ECF No. 1. Barring unusual circumstances, "Doe pleading" is not permitted in the Ninth Circuit. *Craig v. United States*, 413 F.2d 854, 856 (9th Cir. 1969; *see also* General Orders 84-37, 13-37-1. Here, Plaintiff has not alleged any unusual circumstances to justify the use of Doe pleading. Thus, the Court dismisses Defendants John and Jane Does 1-10 from the case.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER RE: MOTIONS AND JOHN AND JANE DOES 1-10** # 2

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Trout-Blue Chelan-MAGI, LLC's Partial Motion to Dismiss, ECF No. 13 and Defendants Edward Johnson, Tom Oliver, and Washington Orchard Management, LLC's' Motion to Dismiss, ECF No. 14, are **STRICKEN with leave to renew**.

2. Plaintiff's Motion to Amend First Amended Complaint, ECF No. 21, is **GRANTED**.

3. Defendants John and Jane Does 1-10 are **DISMISSED** without prejudice and shall not be included in Plaintiff's Amended Complaint.

4. The Court directs the District Court Clerk to **terminate** Defendants John and Jane Does 1-10 from the above-captioned matter.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 14th day of July 2023.

Stanley A. Bastian
Chief United States District Judge