FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNDANCE SLOPE, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>TROUT-BLUE CHELAN-MAGI, LLC, a Washington limited liability corporation; EDWARD JOHNSON, former chief executive officer of Trout-Blue Chelan-MAGI, Inc. and Trout-Blue Chelan-MAGI, LLC; THOMAS OLIVER, general manager, Trout-Blue Chelan-MAGI, LLC,<br><br>    Defendants. | No. 2:23-CV-00083-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

    Before the Court is the parties' Stipulated Motion and Order Under FRE 502(d), ECF No. 35. Plaintiff is represented by Carl E. Hueber, Casey R. Simmons, Collette C. Simmons, and Darren M. Digiacinto. Defendants are represented by Nathan T. Alexander and Shawn Larsen-Bright. The motion was considered without oral argument.

    The parties move the Court to enter a non-waiver order under Fed. R. Evid. 502(d). The parties state that the provisions of Fed. R. Evid. 502(b) do not apply.

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** # 1

Here, the Court finds that a Court order is unnecessary because the parties already have an agreement. This in no way forecloses future motions for protective order. As stated previously, ECF No. 30, the parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion and Order Under FRE 502(d), ECF No. 35, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 13th day of October 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER # 2**