FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNDANCE SLOPE, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>TROUT-BLUE CHELAN-MAGI, LLC, a Washington limited liability corporation; EDWARD JOHNSON, former chief executive officer of Trout-Blue Chelan-MAGI, Inc. and Trout-Blue Chelan-MAGI, LLC,<br><br>    Defendants. | No. 2:23-CV-00083-SAB<br><br>**ORDER GRANTING QUASH OF SUBPOENAS; DENYING PROTECTIVE ORDER** |

    A motion hearing was held in the above-captioned matter on December 20, 2023 in Yakima, Washington. Pending before the Court was Defendants' Motion for Protective Order and to Quash Subpoenas, ECF No. 42, and associated Motion to Expedite, ECF No. 45. Defendants were represented by Nathan Alexander. Plaintiff was represented by Collette Leland and Darren Digiacinto.

    At the hearing, the Parties presented arguments concerning the motion for protective order and to quash subpoenas and the Court informed the Parties of the Court's general policies regarding protective orders. Upon hearing from the Parties

**ORDER GRANTING QUASH OF SUBPOENAS; DENYING PROTECTIVE ORDER** # 1

and being fully informed, the Court found it appropriate grant in part as to the motion to quash the subpoenas and deny in part as to the protective order. Among other findings for the reasons stated on the record, the Court found that involving third parties in discovery this early in the litigation is an extraordinary remedy. The Parties are encouraged to cooperate in discovery of the documents involved and are additionally encouraged to reach an agreement regarding protected and confidential information.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Protective Order and to Quash Subpoenas, ECF No. 42, is **GRANTED in part** and **DENIED in part**. The Subpoenas at issue are **QUASHED**, and the Protective Order is **DENIED with leave to renew**.

2. Defendants' associated Motion to Expedite, ECF No. 45, is **GRANTED**.

3. After informing the Parties of this Court's general practice, the Parties may file future stipulated protective orders for consideration.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 20th day of December 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING QUASH OF SUBPOENAS; DENYING PROTECTIVE ORDER # 2**