FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNDANCE SLOPE, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>TROUT-BLUE CHELAN-MAGI, LLC, a Washington limited liability corporation; and EDWARD JOHNSON, former chief executive officer of Trout-Blue Chelan-MAGI, Inc. and Trout-Blue Chelan-MAGI, LLC,<br><br>    Defendants. | No. 2:23-CV-00083-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

    Before the Court is Defendants' Motion for Protective Order to Protect Confidentiality of Discovery Materials, ECF No. 60. Plaintiff is represented by Carl E. Hueber, Casey R. Simmons, Collette C. Leland, and Darren M. Digiacinto. Defendants are represented by Nathan T. Alexander and Shawn Larsen-Bright. The motion was considered without oral argument.

    Defendant states that the parties previously negotiated and agreed to terms regarding confidential information. Defendants allege that Plaintiff has stated that it is not bound by and will not abide by those agreed terms.

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** # 1

For the third time in this matter, the Court denies a motion for protective order. To reiterate, it is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials. Nor does this Court engage in advisory opinions. As previously stated, the parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Protective Order to Protect Confidentiality of Discovery Materials, ECF No. 60, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 6th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER # 2**