FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNDANCE SLOPE, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>TROUT-BLUE CHELAN-MAGI, LLC, a Washington limited liability corporation; and EDWARD JOHNSON, former chief executive officer of Trout-Blue Chelan-Magi, Inc. and Trout-Blue Chelan-Magi, LLC,<br><br>    Defendants. | No. 2:23-CV-00083-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 125. Plaintiff is represented by Carl Hueber, Christine Meegan, Collette C. Leland, and Darren Digiacinto. Defendants are represented by Nathan T. Alexander, Nathan Bishop, and Shawn Larsen-Bright.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have requested the Court dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

//

//

**ORDER OF DISMISSAL # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 125, is **GRANTED**.

2. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close the file**.

**DATED** this 23rd day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**